**Order entered January 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01625-CV

### IN RE MARGIE CLARK, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## ORDER

Before the Court is relator's motion for temporary stay of proceedings in the trial court.

We **DENY** the motion. We **ABATE** the mandamus proceeding pursuant to rule 7.2(b) of the

Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until

further order of this Court to allow the successor judge to reconsider the challenged ruling of the

trial court. The parties shall timely notify this Court of all events affecting the status of this case,

including when the successor judge has ruled in accordance with rule 7.2(b). The parties shall

file either a status report or a motion to dismiss by January 19, 2015.


                                        /s/      CRAIG STODDART
                                                 JUSTICE